IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

COREY KENYON HAWKINS                                                                              PLAINTIFF

V.                                              4:11CV00049 SWW/JTR

RYAN BURRIS,
Former Sheriff, Hot Spring County, et al.                                                DEFENDANTS

**TRANSFER ORDER**

Plaintiff, Corey Kenyon Hawkins, who is a prisoner in the Hot Spring County Jail, has filed a *pro se* § 1983 Complaint alleging that Defendants are violating his constitutional rights in several respects. *See* docket entry #2.

The federal venue statute provides that, in a case that is not based on diversity jurisdiction, venue is proper in the judicial district where "any defendant resides" or "a substantial part of the events or omissions giving rise to the claim occurred." *See* 28 U.S.C. § 1391(b). All of the Defendants in this action reside in Hot Spring County. Similarly, the events giving rise to Plaintiff's claims occurred in Hot Spring County.

Hot Spring County is located in the Hot Springs Division of the United States District Court for the Western District of Arkansas. The Court concludes that the interest of justice will best be served by transferring the case to that federal court. *See* 28 U.S.C. § 1406(a) (providing that the "district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought").

IT IS THEREFORE ORDERED THAT this case is hereby IMMEDIATELY

TRANSFERRED to the United States District Court for the Western District of Arkansas, Hot Springs Division.

Dated this 26th day of January, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE